## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 10-68339-mhm** |
| | ) | |
| **OKIKI P. LOUIS and** | ) | **CHAPTER 7** |
| **KEVIN WALTERS,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| **BANC OF AMERICA PRACTICE** | ) | |
| **SOLUTIONS, f/k/a MBNA PRACTICE** | ) | |
| **SOLUTIONS, INC, f/k/a SKY** | ) | |
| **FINANCIAL SOLUTIONS, INC.,** | ) | |
| **agent and servicers for BANK OF** | ) | |
| **AMERICA, N.A., servicer by merger** | ) | |
| **and acquisition to MBNA DELAWARE,** | ) | |
| **N.A., and SKY BANK,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **OKIKI P. LOUIS and** | ) | |
| **KEVIN WALTERS,** | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

{File: 00037242.DOC / }

## **CONSENT ORDER**

This Motion of Banc of America Practice Solutions, f/k/a MBNA Practice Solutions, Inc., f/k/a Sky Financial Solutions, Inc., agent and servicer for Bank of America, N.A., servicer by merger and acquisition to MBNA America Delaware, N.A. and Sky Bank to extend the deadline to file a complaint pursuant to 11 U.S.C. §§ 523 and 727 having been reviewed by the Court and having been consented to by the Debtors, it is hereby

ORDERED that the Motion is GRANTED and the deadline to file a complaint pursuant to 11 U.S.C. §§ 523 and 727 is hereby extended through and including August 20, 2010.

**[END OF DOCUMENT]**

| **PREPARED AND PRESENTED BY and CONSENTED TO:** | **CONSENTED TO:** |
|---|---|
| **HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP** | **SAEDI & WELLS, LLC** |
| /s/ | /s/ |
| Virginia B. Bogue, Ga. Bar No. 065695 | Lorena L. Saedi, Ga. Bar No. 622072 |
| Suite 600, One Tower Creek | Signed by Virginia B. Bogue with express |
| 3101 Tower Creek Parkway | permission granted on 6/3/10. |
| Atlanta, Georgia 30339 | 2385 Wall Street |
| (678) 384-7000 Telephone | Conyers, GA 30013 |
| (678) 384-7034 Facsimile | (404) 885-6650 Telephone |
| vbogue@hwmklaw.com | (404) 885-6651 Facsimile |
| *Attorneys for Movant* | ecf@saediwellslaw.com |
| | *Attorney for Debtors* |

## DISTRIBUTION LIST

Virginia B. Bogue, Esq.
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339

Okiki P. Louis
1252 Grand View Drive
Mabelton, GA 30126

Kevin Walters
1252 Grand View Drive
Mabelton, GA 30126

Lorena L. Saedi
Saedi & Wells, LLC
2385 Wall Street
Conyers, GA 30013

Jeffrey K. Kerr
Jeffrey K. Kerr & Company, LLC
Suite 130
241 West Wieuca Road, NE
Atlanta, GA 30342-3300

{File: 00037242.DOC / }