**IT IS ORDERED as set forth below:**

Date: June 25, 2010

_____
Margaret H. Murphy
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-68339 - MHM |
| | ) | |
| OKIKI P. LOUIS and | ) | CHAPTER 7 |
| KEVIN WALTERS, | ) | |
| Debtors. | ) | |

---

| | | |
|---|---|---|
| BANC OF AMERICA PRACTICE | ) | |
| SOLUTIONS, f/k/a MBNA PRACTICE | ) | |
| SOLUTIONS, INC, f/k/a SKY | ) | |
| FINANCIAL SOLUTIONS, INC., | ) | |
| agent and servicers for BANK OF | ) | |
| AMERICA, N.A., servicer by merger | ) | |
| and acquisition to MBNA DELAWARE, | ) | |
| N.A., and SKY BANK, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| OKIKI P. LOUIS and | ) | |
| KEVIN WALTERS, Debtors and | ) | |
| JEFFREY K. KERR, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

{File: 00037758.DOC / }

**CONSENT ORDER FOR STAY RELIEF**

On June 22, 2010, Banc of America Practice Solutions, f/k/a MBNA Practice Solutions, f/k/a Sky Financial Solutions, Inc., agent and servicers for Bank of America, N.A., servicer by merger and acquisition to MBNA Delaware, N.A., and Sky Bank ("Movant") filed a Motion for Relief From Automatic Stay regarding the following collateral:  5 custom chairs, fabric for curtains, 1 deluxe facial chair, 4 mirrors, reception chair, 2 round tables, high table, canvas art, 8 deco doors, 1 glass door, capiz shells, glass beads, door knobs, 2 custom banquettes, wall fountain, mirror chest and vessel sink, COMP USA equipment, facial chair, facial trolley, 4 lamps, 4 vases, bar stool, reception desk, rolling filing cabinet, display case, lighting fixture, tp holder, shelf, deluxe facial chairs with hydraulic bases; and vanity sink (the "Collateral"). Movant contends that Debtors, Debtors' attorney and Trustee were properly served with the Motion.  As Debtors consent and Trustee has filed no response,  it is hereby

**ORDERED** that the Motion for Relief From Stay is *granted:*  the automatic stay of 11 U.S.C. § 362 is modified to permit Movant to utilize its state law rights and remedies against the above-described Collateral, to utilize its rights and remedies under state law and its contract to recover and sell or dispose of the Collateral in a commercially reasonable manner, to apply the proceeds to its lawful claim, and to remit any remaining proceeds to Trustee for the benefit of the Estate.  It is further

**ORDERED** that this Order is immediately enforceable upon entry, irrespective of Bankruptcy Rule 4001.

[END OF DOCUMENT]

| PREPARED AND PRESENTED BY and CONSENTED TO: | CONSENTED TO: |
|---|---|
| HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP | SAEDI & WELLS, LLC |
| /s/ | /s/ |
| Virginia B. Bogue, Ga. Bar No. 065695 | Lorena L. Saedi, Esq. Ga. Bar No. 622072 |
| Suite 600, One Tower Creek | (Signed by Virginia B. Bogue with express permission granted 6/18/10). |
| 3101 Tower Creek Parkway | |
| Atlanta, Georgia 30339 | 2385 Wall Street |
| (678) 384-7000 Telephone | Conyers, Georgia 30013 |
| (678) 384-7034 Facsimile | (404) 885-6650 Telephone |
| vbogue@hwmklaw.com | (404) 885-6651 Facsimile |
| *Attorneys for Movant* | ecf@saediwellslaw.com |
| | *Attorney for the Debtor* |

**NO OPPOSITION:**

**CHAPTER 7 TRUSTEE**

/s/
Jeffrey K. Kerr
(Signed by Virginia B. Bogue with express permission granted on 6/22/10).
Suite 130
241 West Wieuca Road, NE
Atlanta, Georgia 30342-3300
*Chapter 7 Trustee*

{File: 00037758.DOC / }

## DISTRIBUTION LIST

Virginia B. Bogue, Esq.
3101 Tower Creek Parkway
One Tower Creek, Suite 600
Atlanta, Georgia 30339

Okiki P. Louis
1252 Grand View Drive
Mabelton, GA 30126

Kevin Walters
1252 Grand View Drive
Mabelton, GA 30126

Lorena L. Saedi
Saedi & Wells, LLC
2385 Wall Street
Conyers, GA 30013

Jeffrey K. Kerr
Jeffrey K. Kerr & Company, LLC
Suite 130
241 West Wieuca Road, NE
Atlanta, GA 30342-3300